M. M. MORRISON, *Plaintiff in Error*, v. J. J. MCCASKILL AND R. E. L. MCCASKILL, PARTNERS UNDER THE FIRM NAME AND STYLE OF J. J. MCCASKILL & Co., *Defendants in Error*.

APPELLATE PRACTICE—FINAL JUDGMENT NECESSARY TO SUPPORT WRIT OF ERROR.

A final judgment is necessary to support a writ of error, and where there is no final judgment a writ of error will be dismissed.

This case was decided by Division A.

Writ of error to the Circuit Court for Walton county.

The facts in the case are stated in the opinion of the court.

*John C. Avery* for plaintiff in error.

*Watson & Cox* for defendants in error.

PER CURIAM.—This cause coming on for final adjudication before Division A of the court upon the transcript of the record and briefs of counsel for the respective parties, upon due consideration the court finds that there was no final judgment rendered in said cause from which writ of error would lie, and it is, therefore, hereby considered, ordered and adjudged that the writ of error in said cause be, and the same is hereby dismissed at the cost of the plaintiff in error. *Harrison v. Thurston*, 11 Fla. 307; *Gates v. Hayner*, 22

Fla. 325; *Ropes v. Eldridge*, 39 Fla. 47, 21 South. Rep. 570; *Johnson, Daniels & Co. v. Polk County*, 24 Fla. 28, 3 South. Rep. 414; *Hall v. Patterson*, 45 Fla. 353, 33 South. Rep. 982; *Haynes v. Bramlett*, 46 Fla. *supra;* 35 South. Rep. 982; *Birmingham Trust & Savings Co. v. Jackson County Mill Co.*, 46 Fla. 236, 35 South. Rep. —; *Heinberg Brothers v. Thompson*, 46 Fla. 242, 35 South. Rep. —; *Marsh v. Bennett*, 46 Fla. 241, 35 South. Rep. —.

TAYLOR, C. J., and HOCKER and SHACKLEFORD, JJ., concur.

CARTER, P. J., and MAXWELL and COCKRELL, JJ., concur in the opinion.